ACCEPTED
08-14-00198-CR
EIGHTH COURT OF APPEALS
EL PASO, TEXAS
1/30/2015 3:18:47 PM
DENISE PACHECO
CLERK

# IN THE EIGHTH COURT OF APPEALS

## FOR THE STATE OF TEXAS

TEXAS STATE OF TEXAS

v.

CALEB ANTHONY CONSTANCIO-TOLEDO

FILED IN
8th COURT OF APPEALS
EL PASO, TEXAS
1/30/2015 3:18:47 PM
DENISE PACHECO
Clerk

NO. 08-14-00198-CR

---

## MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

---

TO THE HONORABLE JUSTICES OF THE EIGHTH COURT OF APPEALS:

COMES NOW, Charles F. Baird, and files this, his second *Motion for Extension of Time to File Appellee's Brief*, pursuant to Rules 9 and 10 of the Texas Rules of Appellate Procedure, and in support thereof, would show the Court the following:

### I.

On April 9, 2014, the State filed a complaint and information in this case. On May 29, 2014, the trial court granted Appellee's motion to dismiss for want of speedy trial. The State then filed notice of appeal on June 6, 2014.

### II.

1

After receiving several extensions of time in which to do so, the State filed its brief on December 5, 2014. However, the State did not provide Appellee with a copy of its brief.

On January 9, 2015, this Honorable Court contacted undersigned counsel and informed him that the Appellee's brief had been due on January 4, 2015.

## III.

On January 12, 2015, Counsel for Toledo received a notice from the Eighth Court stating that Appellee's brief was due on February 3, 2015.

## IV.

Appellant's attorney was involved in a week long felony jury trial in Travis County for *The State of Texas v. John Rocha* (January 12-16, 2015).

Accordingly, Appellee seeks an extension of thirty (30) days in which to file his brief in this case.

## PRAYER

Wherefore, premises considered, undersigned counsel prays for this Court to

extend for sixty days the time for filing Appellee's brief.

Respectfully submitted,

*Charles F. Baird*

Charles F. Baird
TBA: 00000045
Baird Farrelly Criminal Defense,
P.L.L.C.
2312 Western Trails Blvd, Ste. 102A
Austin, Texas 78745
(512) 804-5911
(512) 804-5919 fax

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing **MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF** was served on James LaMarca on the 30th day of January 2015, via fax (512) 943.1120.

*Charles F. Baird*

Charles F. Baird